UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CRESCENT BANK & TRUST                    Civil Case No.: 17-5128

    Plaintiff,

vs.

C.R. LOUGHEAD, INC.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Crescent Bank & Trust and Defendant C.R. Loughead, Inc. (collectively the "Parties"), by and through their respective counsel, hereby inform the Court that a settlement has been reached in this matter. The Parties are finalizing the terms of their settlement agreement and anticipate that they will be in a position to file a stipulation of discontinuance in forty-five (45) days.

Dated:     April 26, 2018

| | |
|---|---|
| /s H. Marc Tepper | /s Brendan H. Little |
| H. Marc Tepper, Esq. | Brendan H. Little, Esq. |
| Buchanan Ingersoll & Rooney, PC | Lippes Mathias Wexler Friedman LLP |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Two Liberty Place | 50 Fountain Plaza, Suite 1700 |
| 50 S. 16th Street, Suite 3200 | P: 716-853-5100 |
| P: 215-665-8700 | F: 716-853-5199 |
| F: 215-665-8760 | blittle@lippes.com |
| marc.tepper@bipc.com | |

1