# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRESCENT BANK & TRUST | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| C.R. LOUGHEAD, INC. | : | NO. 17-5128 |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**It is hereby STIPULATED and AGREED**, by and between the attorneys for the respective parties, counsel for Plaintiff, Crescent Bank & Trust, and counsel for Defendant, C.R. Loughead, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Crescent Bank & Trust voluntary dismisses, with prejudice and without costs, disbursements, or attorneys' fees to either party as against the other, the above-referenced matter against the Defendant C.R. Loughead, Inc. and requests that the case be closed.

IT IS SO ORDERED.

Dated: June 18, 2018

Hon. Berle H. Schiller
United States District Judge

| LIPPES MATHIAS WEXLER FRIEDMAN LLP | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| /s/ Brendan H. Little<br>Brendan H. Little, Esq., Pa. I.D. No. 317322<br>40 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Tel: (716) 853-5100<br>Fax: (716) 853-5199<br>blittle@lippes.com<br>***Counsel for Plaintiff*** | /s/ H. Marc Tepper<br>H. Marc Tepper, Esq., Pa. I.D. No. 49084<br>Two Liberty Place, 50 S. 16th Street<br>Suite 3200<br>Philadelphia, PA 19103<br>Tel: (215) 665-8700<br>Fax: (215) 665-8760<br>marc.tepper@bipc.com<br>***Counsel for Defendant*** |